COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| IN THE INTEREST OF R. A. G., A CHILD, | § | No. 08-16-00178-CV |
|  | § | Appeal from the |
| Appellant. | § | 109th District Court |
|  | § | of Crane County, Texas |
|  | § | (TC# 6365) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the brief until **November 7, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lilly A. Plummer, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 7, 2016.

IT IS SO ORDERED this 11th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.